THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:05cv212
(CRIMINAL CASE NO. 1:01cr48-9)

| | |
|---|---|
| TIMNAH RUDISILL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon Petitioner's motion to amend his Rule 60(b) motion. [Doc. 13].

Petitioner's Rule 60(b) motion [Doc. 11] was denied by an Order of this Court entered December 11, 2008. [Doc. 12]. Petitioner cannot amend a pleading that is no longer pending.

Accordingly, **IT IS, THEREFORE, ORDERED** that Petitioner's motion to amend [Doc. 13] is **DENIED**.

**IT IS SO ORDERED.**

Signed: April 24, 2012

Martin Reidinger
United States District Judge