THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:01-cr-00048-MR-9

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| TIMNAH RUDISILL, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* motion for a copy of his Jury Verdict form [Doc. 685].

Upon review of the Defendant's motion, the Court will authorize the Clerk to provide a copy of the Defendant's Jury Verdict form, with the foreperson's name redacted.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 685] is **GRANTED**, and the Clerk of Court is hereby authorized to provide a redacted copy of the Jury Verdict form [Doc. 180] to the Defendant.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge